# United States District Court
## For The Western District of North Carolina
## Statesville Division

WANDA K. TAYLOR,

       Plaintiff(s),                   JUDGMENT IN A CIVIL CASE

vs.                                        5:09CV7

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant(s).


DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 16, 2012 Memorandum and Order.

                                              Signed: March 16, 2012

*/s/ Frank G. Johns*

Frank G. Johns, Clerk
United States District Court