# United States District Court
# For The Western District of North Carolina
# Statesville Division

WANDA K. TAYLOR,

       Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                              5:09CV7

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 16, 2012 Memorandum and Order.

                                              Signed: March 16, 2012

                                              Frank G. Johns, Clerk
                                              United States District Court